AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

ALL RECORDS RELATING TO THE E-MAIL
ADDRESS
LOCATED AT THE OFFICES OF GOOGLE,
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA

**SEARCH WARRANT**

CASE NUMBER: 07-185-M-01

TO:  __James D. Walker__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _FBI Special Agent James D. Walker_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
Computer systems of Google, located at 1600 Amphitheatre Parkway, Mountain View, California.

in the Northern District of California, there is now concealed certain property, the disclosure of which is governed by Title 50, United States Code, Section 1705, Title 22, United States Code, Section 2778, and Title 18, United States Code, Sections 371 and 951(a), namely contents of electronic data more fully described in Attachment A to this warrant, which are evidence, fruits, and instrumentalities of communications concerning the unlawful exports of restricted U.S. origin commodities to Government of India entities in India and concerning the activities in the United States of illegal agents of the Government of India.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____MAY 11 2007____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 03 2007  10:10 am  at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/3/07 | 5/3/07 at 11:00A | Faxed to Cathy McGoff |

INVENTORY MADE IN THE PRESENCE OF  Julie Hendrix, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

① Registration information for
② Email and contact lists for
③ Session timestamps and originating IP address for recent logins by

**FILED**

MAY 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

_____     5-10-07
U.S. Judge or U.S. Magistrate Judge          Date